Clarence Roy Peebles, appellee, v. Stationers Engraving Company, appellant. Gen. No. 29,264.

Action upon written contract for commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

**21**

Will J. Bell and Jeffery, Campbell & Clark, for appellant; Stephen A. Cross, of counsel. John A. Irrmann, for appellee.
Mr. Justice Gridley delivered the opinion of the court.